FILED

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2007 OCT 10  PM 4: 28
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-**07-01142** |
|        Plaintiff, ) | I N D I C T M E N T |
|        v. ) | [21 U.S.C. § 846: Conspiracy to Manufacture, Possess with Intent to Distribute, and Distribute Cocaine Base; |
| CHARLES LEROY TWYMAN, ) aka "Lee," ) GERALD PLAZE THOMAS, ) ANTHONY QUIN WHEELER, ) aka "Q," ) ANTHONY DEWAYNE TWYMAN, and ) MICHAEL LYNN TWYMAN, ) aka "T-Ross," ) | 21 U.S.C. § 843(b): Use of a Communication Facility in Committing a Felony Drug Offense] |
|        Defendants. ) | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

Beginning on or about January 7, 2006, and continuing to on or about March 20, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendants CHARLES LEROY TWYMAN, also known as ("aka") "Lee" ("CHARLES TWYMAN"), GERALD PLAZE THOMAS ("THOMAS"), ANTHONY QUIN WHEELER, aka "Q"

1  ("WHEELER"), ANTHONY DEWAYNE TWYMAN ("ANTHONY TWYMAN"), and
2  MICHAEL LYNN TWYMAN, aka "T-Ross" ("MICHAEL TWYMAN"), and others
3  known and unknown to the Grand Jury, conspired and agreed with
4  each other to knowingly and intentionally (a) manufacture, (b)
5  possess with intent to distribute, and (c) distribute more than
6  50 grams of a mixture or substance containing cocaine base, in
7  the form of crack cocaine, a Schedule II controlled substance, in
8  violation of Title 21, United States Code, Section 841(a)(1).

9  B.  MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE
10     ACCOMPLISHED

11     The objects of the conspiracy were to be accomplished in
12  substance as follows:

13     1.  Defendant THOMAS would convert cocaine powder to
14  cocaine base, in the form of crack cocaine.

15     2.  Defendant THOMAS would supply cocaine base, in
16  the form of crack cocaine, to defendants CHARLES TWYMAN and
17  defendant MICHAEL TWYMAN, who would distribute the cocaine base
18  to defendants WHEELER and ANTHONY TWYMAN for sale to other drug
19  customers.

20  C.  OVERT ACTS

21     In furtherance of the conspiracy and to accomplish the
22  objects of the conspiracy, defendants, and others known and
23  unknown to the Grand Jury, committed various overt acts on or
24  about the following dates, within the Central District of
25  California and elsewhere, including but not limited to the
26  following:

27     1.  On or about January 7, 2006, defendant THOMAS converted
28  cocaine powder into approximately 114 grams of cocaine base, in

2

the form of crack cocaine.

2. On January 7, 2006, in a telephone conversation and using coded language, defendant CHARLES TWYMAN told defendant WHEELER that defendant CHARLES TWYMAN was getting the cocaine base for defendant WHEELER.

3. On January 8, 2006, in a telephone conversation and using coded language, defendant WHEELER told defendant CHARLES TWYMAN that the cocaine base defendant WHEELER had received from defendant CHARLES TWYMAN weighed 114 grams.

4. On January 8, 2006, in a telephone conversation and using coded language, defendant CHARLES TWYMAN told defendant WHEELER that defendant CHARLES TWYMAN and defendant THOMAS had weighed the cocaine base when defendant THOMAS had converted the cocaine base from cocaine powder, and that the cocaine base had weighed 136 grams.

5. On January 8, 2006, in a telephone conversation and using coded language, defendant CHARLES TWYMAN and defendant WHEELER discussed the appearance and packaging of the cocaine base manufactured by defendant THOMAS.

6. On January 8, 2006, in a telephone conversation and using coded language, defendant CHARLES TWYMAN and defendant THOMAS discussed the weight and appearance of the cocaine base manufactured by defendant THOMAS.

7. On March 7, 2006, in a telephone conversation and using coded language, defendant CHARLES TWYMAN and defendant WHEELER discussed defendant WHEELER purchasing cocaine base from defendant CHARLES TWYMAN.

8. On March 8, 2006, in a telephone conversation and using

3

coded language, defendant CHARLES TWYMAN and defendant ANTHONY
TWYMAN discussed defendant WHEELER's payment to defendant CHARLES
TWYMAN for cocaine base.

9.   On March 9, 2006, in a telephone conversation and using
coded language, defendant CHARLES TWYMAN and defendant THOMAS
discussed the conversion of cocaine into cocaine base by
defendant THOMAS and the weight of the cocaine base manufactured
by defendant THOMAS.

10.   On March 10, 2006, in a telephone conversation and
using coded language, defendant CHARLES TWYMAN and defendant
MICHAEL TWYMAN discussed defendant MICHAEL TWYMAN picking up the
cocaine base manufactured by defendant THOMAS.

11.   On March 10, 2006, defendant THOMAS delivered
approximately 148 grams of cocaine base to defendant MICHAEL
TWYMAN.

12.   On March 20, 2006, in a telephone conversation and
using coded language, defendant CHARLES TWYMAN and defendant
ANTHONY TWYMAN discussed the cocaine base that defendant THOMAS
had delivered to defendant MICHAEL TWYMAN.

13.   On March 21, 2006, in a telephone conversation and
using coded language, defendant CHARLES TWYMAN told defendant
MICHAEL TWYMAN to take to defendant ANTHONY TWYMAN the cocaine
base that defendant THOMAS had delivered to defendant MICHAEL
TWYMAN.

4

COUNT TWO

[21 U.S.C. § 843(b)]

On or about January 8, 2006, in Los Angeles County, within the Central District of California, defendant CHARLES LEROY TWYMAN, also known as "Lee," knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT THREE

[21 U.S.C. § 843(b)]

On or about March 9, 2006, in Los Angeles County, within the Central District of California, defendant CHARLES LEROY TWYMAN, also known as "Lee," knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT FOUR

[21 U.S.C. § 843(b)]

On or about January 8, 2006, in Los Angeles County, within the Central District of California, defendant GERALD PLAZE THOMAS knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT FIVE

[21 U.S.C. § 843(b)]

On or about March 9, 2006, in Los Angeles County, within the Central District of California, defendant GERALD PLAZE THOMAS knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT SIX

[21 U.S.C. § 843(b)]

On or about January 8, 2006, in Los Angeles County, within the Central District of California, defendant ANTHONY QUIN WHEELER, also known as "Q," knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

9

COUNT SEVEN

[21 U.S.C. § 843(b)]

On or about March 7, 2006, in Los Angeles County, within the Central District of California, defendant ANTHONY QUIN WHEELER, also known as "Q," knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT EIGHT

[21 U.S.C. § 843(b)]

On or about March 8, 2006, in Los Angeles County, within the Central District of California, defendant ANTHONY DEWAYNE TWYMAN knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT NINE

[21 U.S.C. § 843(b)]

On or about March 20, 2006, in Los Angeles County, within the Central District of California, defendant ANTHONY DEWAYNE TWYMAN knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT TEN

[21 U.S.C. § 843(b)]

On or about March 10, 2006, in Los Angeles County, within the Central District of California, defendant MICHAEL LYNN TWYMAN, also known as "T-Ross," knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

COUNT ELEVEN

[21 U.S.C. § 843(b)]

On or about March 21, 2006, in Los Angeles County, within the Central District of California, defendant MICHAEL LYNN TWYMAN, also known as "T-Ross," knowingly and intentionally used a communication facility, namely, a telephone, in committing and causing and facilitating the commission of a felony drug offense, namely, conspiracy to manufacture, possess with intent to distribute, and distribute more than 50 grams of a mixture or substance containing cocaine base, in the form of crack cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 846.

A TRUE BILL

/s/

FOREPERSON

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

BONNIE L. HOBBS
Assistant United States Attorney
Violent and Organized Crime Section

14